IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN WOLFE ) | No. C 05-4264 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S** |
| ) | **MOTION FOR SANCTIONS;** |
| v. ) | **SETTING SUPPLEMENTAL** |
| ) | **BRIEFING SCHEDULE ON** |
| WILLIAM COGBILL; DR. BROWN; ) | **DEFENDANTS' MOTIONS FOR** |
| L. ERSKINE; N. BELOBERK, ) | **SUMMARY JUDGMENT** |
| ) | |
| Defendants. ) | |
| _____ ) | **(Docket No. 27)** |

Plaintiff Steven Dean Wolfe, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Sonoma County Jail, where plaintiff formerly was housed. Defendants Cogbill, Erskine and Beloberk have filed a joint motion for summary judgment and defendant Brown has filed a separate motion for summary judgment, to which plaintiff has file a single, consolidated opposition. Additionally, plaintiff has filed a motion for sanctions, asserting therein that defendants violated the Court's Order of Service by failing to file, and serve plaintiff with, plaintiff's dental x-ray films. To that motion, defendants Cogbill, Erskine and Beloberk have filed a joint opposition and defendant Brown has filed a separate opposition. Included with defendant Brown's opposition is a copy of the subject x-ray films.

//

Accordingly, the Court rules as follows:

1. Plaintiff's motion for sanctions is DENIED.

2. With respect to defendants' motions for summary judgment, plaintiff, at his election and for the sole purpose of addressing the x-rays, may file a supplemental opposition. If plaintiff chooses to supplement his opposition to address the x-rays, he may do so by filing, and serving upon defendants, a supplemental opposition within 30 days of the date this order is filed. Defendants shall file a supplemental reply within 14 days of the date any supplemental opposition is filed.

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: March 3, 2006

_____
MAXINE M. CHESNEY
United States District Judge